**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    JANICE MENDENHALL, *et al.*,                No. C-11-4029 EMC

9              Plaintiffs,

10        v.                                     **ORDER GRANTING DEFENDANT'S**
                                                 **MOTION TO DISMISS WITH**
11   CITY AND COUNTY OF SAN                       **PREJUDICE**
     FRANCISCO,
12                                               **(Docket No. 25)**
              Defendant.
13   _____/

14

15

16        Plaintiffs Janice Mendenhall and Mark Cato filed suit against the City and County of San

17   Francisco ("CCSF"), alleging employment discrimination under Title VII of the Civil Rights Act of

18   1964.   The Court previously granted CCSF's motion to dismiss, and granted Plaintiffs leave to

19   amend so that they could allege facts to show that their claims were timely and that CCSF was their

20   employer.  Docket No. 23.  On January 19, 2012, Plaintiff Mark Cato filed a First Amended

21   Complaint ("FAC").  Docket No. 24.  Pending before the Court is CCSF's Motion to Dismiss the

22   FAC.  Docket No. 25.  Plaintiffs have filed no opposition.

23        Upon reviewing the FAC, the Court concludes that Plaintiffs' claims are untimely.  In order

24   to pursue an employment discrimination claim under Title VII, an EEOC charge must be filed, at the

25   latest, no less than 300 days after the alleged unlawful conduct occurred. 42 U.S.C. § 2000e-5(e)(1)).

26   The FAC attaches a right-to-sue letter dated October 25, 2011, well past the deadline to file charges

27   for conduct Plaintiff Cato alleges occurred in 2005.  FAC ¶ 7.  Plaintiffs failed to allege any facts

28

United States District Court

For the Northern District of California

1 | related to Ms. Mendenhall in the FAC, and as the Court already concluded, her claims were also

2 | untimely.  Docket No. 23 at 5.

3 | Moreover, even if timely, Plaintiffs repeat the same error in their FAC as in the original

4 | Complaint.  Namely, they fail to allege facts to show that CCSF was their employer.  *See id.* at 6

5 | ("[N]either Plaintiff alleges that he or she worked as *employees* of CCSF, or that their alleged

6 | harassment arose out of their employment by CCSF.") (emphasis in original).  Indeed, as the Court

7 | has already noted, Plaintiffs' dissatisfaction with CCSF's denial of their welfare benefits does not

8 | constitute discrimination *on the basis of employment*.  *See id.* at 9.

9 | Although the Court acknowledges Plaintiffs have grievances against the City and County of

10 | San Francisco, the applicable rules of law bar this lawsuit.  Accordingly, pursuant to Civil Local

11 | Rule 7-1(b), the Court determines that these matters are appropriate for resolution without oral

12 | argument, and **VACATES** the hearing.  Because Plaintiffs have already had a chance to amend their

13 | complaint and any further amendment would be futile, the Court **GRANTS** Defendant CCSF's

14 | motion to dismiss Plaintiffs' complaint with prejudice.  The Clerk shall enter judgment and close the

15 | file.

16 | This order disposes of Docket No. 25.

17 |

18 | IT IS SO ORDERED.

19 |

20 | Dated:  February 24, 2012

21 | _____
EDWARD M. CHEN

22 | United States District Judge

23 |

24 |

25 |

26 |

27 |

28 |

2